AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SANTOS ORTEZ-HERNANDEZ<br>a/k/a "SANTOS ORTIZ-HERNANDEZ"<br><br>Defendant(s) | Case No. 8:17-MJ-1066-T-AAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 31, 2017 in the county of Hillsborough in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a) | Illegal alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

William Hemberger, Deportation Officer, ICE ERO
Printed name and title

Sworn to before me and signed in my presence.

Date: January 31, 2017

_____
Judge's signature

City and state: Tampa, Florida

AMANDA A. SANSONE, U.S. Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since March 2010.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal. My responsibilities include investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge, the knowledge of others, and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Santos Ortez-Hernandez, *a/k/a* Santos Ortiz-Hernandez, a native and citizen of Honduras, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

## FACTS AND CIRCUMSTANCES

4. On January 31, 2017, ICE- ERO Officers found Santos Ortez-Hernandez at the Hillsborough County Jail, which is in the Middle District of Florida.

5. ICE Officers in Tampa had received a lead on January 30, 2017, from the Secure Communities Program in Miami, Florida that officers of the Hillsborough County Sheriff's Office had arrested Santos Ortez-Hernandez for the offense of Driving Under the Influence.

6. Post-*Miranda*, Santos Ortez-Hernandez stated that he was a Honduran citizen who had voluntarily reentered the United States without permission after deportation.

7. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Santos Ortez-Hernandez. Upon review of these documents, I determined that Santos Ortez-Hernandez is a native and citizen of Honduras who is illegally in the United States. I also found that he had been deported from the United States to Honduras on or about May 21, 2010, August 12, 2013, February 14, 2014, and June 10, 2016.

8. Fingerprints taken of Santos Ortez-Hernandez were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removals from the United States under the name Santos Ortiz-Hernandez. IAFIS indicates that they are from the same person.

9. Computer record checks also indicate that on July 10, 2013, Santos Ortez-Hernandez was convicted in Miami-Dade County, Florida for Resisting an Officer Without Violence.

10. No information exists, either in the A-file documents or the computer databases, that Santos Ortez-Hernandez had either requested or received permission from any immigration official to reenter the United States after his deportations.

## CONCLUSION

11. Based on the foregoing facts, I believe there is probable cause to establish that Santos Ortez-Hernandez, a citizen and national of Honduras, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

William Hemberger
Deportation Officer, ICE ERO

Subscribed and sworn before me
this 31st day of January, 2017.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

T:\_Cases\Criminal Cases\O\Ortez-Hernandez, Santos_2017R0pend_KRO\x_Complaint Affidavit.doc